CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GARDNER SMITH PTY. LIMITED,                :
As Owner of the M/V SONGA CRYSAL,          :
                                           :
                    Plaintiff,             :        07-CV-3736
                                           :
         v.                                :
                                           :        **NOTICE OF**
SUNSHINE OIL & CHEMICAL                    :        **APPEARANCE**
DEVELOPMENT CO.,                           :
                                           :
                    Defendant.             :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 5, 2007

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Société Générale New York Branch

                By: _____
                      Richard J. Reisert (RR-7118)
                      7800 River Road
                      North Bergen, NJ  07047
                      Tel: (201) 537-1200
                      Fax: (201) 537-1201
                      Email:  reisert@navlaw.com