

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10006
(212) 885-5149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARDNER SMITH PTY. LIMITED,

    Plaintiff,

-against-

SUNSHINE OIL & CHEMICAL
DEVELOPMENT CO.,

    Defendant.

---

07 Civ. 3736(SHS)

**NOTICE OF DISMISSAL**

    WHEREAS Defendant has not appeared or answered and no sums have been attached, the Plaintiff, through its undersigned counsel, pursuant to F. R. Civ. P. Rule 41(a)(1) dismisses this action without prejudice and without costs.

Dated: New York, NY
       June 27, 2008

                      Respectfully submitted,
                      BLANK ROME, LLP
                      Attorneys for Plaintiff

                      By /s/ Jeremy Harwood
                      Jeremy J.O. Harwood (JH 9012)
                      405 Lexington Avenue
                      New York, NY 10174
                      Tel.: (212) 885-5000

                      SO ORDERED: 6/30/08

                      U.S.D.J.

601474.06501/6650363v.1